534

435 A.2d 1332

Commonwealth v. Koziel, Appellant.

Submitted January 28, 1981. Joseph Van Jura, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

This case is remanded to the trial court with directions to entertain Appellant's motion for modification of sentence nunc pro tunc. Appellant shall have ten days from the filing of the record and this opinion in the lower court in which to file a motion for modification of sentence with the lower court. Jurisdiction is not to be retained by this court.